**Order entered October 3, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01223-CR

**EX PARTE RODOLFO RAMOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-84988-2011**

## ORDER

We **GRANT IN PART** Official Court Reporter Claudia Webb's September 30, 2013 request for an extension of time to file the reporter's record. We **VACATE** that portion of our order issued on September 13, 2013 that sets due date dates for the reporter's record and briefs.

We **ORDER** Claudia Webb to file, by **OCTOBER 15, 2013**, the reporter's record of the hearing conducted on appellant's application for writ of habeas corpus.

We **ORDER** appellant to file his brief by **NOVEMBER 1, 2013**. We **ORDER** the State to file its brief by **NOVEMBER 18, 2013**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to: Claudia Webb, official court reporter, County Court at Law No. 4; and to counsel for all parties.

/s/     DOUGLAS S. LANG
            JUSTICE